FILED

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-21-0230

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

DEPOSITORS INSURANCE
COMPANY and SARA THARP,

        Plaintiffs/Appellee,

  -vs-

PATRICK SANDIDGE,

        Defendant/Appellant.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION OF TIME**

Upon Appellee's Unopposed Motion for Extension of Time made pursuant

to Rule 26, M.R.App.P., and good cause appearing,

IT IS ORDERED that Appellee's motion is granted and Appellee's Answer

Brief is now due on or before October 11, 2021.

DATED:

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2021